**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LAURA A. CYR,
　　　　　　*Plaintiff-Appellee,*

　　　　　v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY, an Illinois
corporation,
　　　　　　*Defendant-Appellant.*

No. 07-56869

D.C. No.
CV-06-01585-DDP

LAURA A. CYR,
　　　　　　*Plaintiff-Appellee,*

　　　　　v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY, an Illinois
corporation,
　　　　　　*Defendant-Appellant,*

　　　　　and

CHANNEL TECHNOLOGIES, INC.
GROUP LONG TERM DISABILITY
INSURANCE PROGRAM, an employee
benefit plan; CHANNEL
TECHNOLOGIES, INC., in its capacity
as Administrator of the Channel
Technologies, Inc. Group Long
Term Disability Program,
　　　　　　*Defendants.*

No. 08-55234

D.C. No.
CV-06-01585-DDP

ORDER

Filed December 2, 2010

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Circuit Rule 35-3.

Judge Pregerson did not participate in the deliberations or vote in this case.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2010 Thomson Reuters/West.